UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **PATTI KUBACAK** | * | **CIVIL ACTION** |
| | * | **NO. 22-5171** |
| **VERSUS** | * | |
| | * | **JUDGE** _____ |
| **RED RIVER ENTERTAINMENT OF** | * | |
| **SHREVEPORT, LLC., D/B/A SAM'S TOWN** | * | **MAG.** _____ |
| **HOTEL AND CASINO, SHREVEPORT** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes defendant, Red River Entertainment of Shreveport, L.L.C., d/b/a Sam's Town Hotel and Casino, Shreveport (erroneously sued as "*Red River Entertainment of Shreveport LLC., d/b/a Sam's Town Hotel and Casino, Shreveport*") ("Red River"), defendant in the action entitled "*Patti Kubacak v. Red River Entertainment of Shreveport, LLC., d/b/a Sam's Town Hotel and Casino, Shreveport*" and bearing Civil Action No. 638422-A in the First Judicial District Court for the Parish of Caddo, State of Louisiana, to notice removal of that Louisiana state civil court action to the United States District Court for the Western District of Louisiana, and upon information and belief represents as follows:

1.

On 19 July 2022, plaintiffs, Patti Kubacak and her husband Wayne Kubacak, filed suit in the First Judicial District Court for the Parish of Caddo, State of Louisiana, against defendant, Red River, alleging that on or about 3 July 2022, Mrs. Kubacak, a citizen and domiciliary of the

State of Texas, slipped and fell due to liquid on the floor in front of the elevators at Sam's Town Hotel in Shreveport, Louisiana, causing her to be seriously injured, and Mr. Kubacak, also a resident of and domiciliary of the State of Texas, to sustain a loss of consortium.[1]

2.

This Court has diversity jurisdiction over this case under the provisions of 28 U.S.C. §1332, because plaintiffs are citizens and domiciliaries of the State of Texas, and Red River is a Louisiana limited liability company owned by a single member, Boyd Louisiana Racing, L.L.C., which is also a Louisiana limited liability company. Boyd Louisiana Racing, L.L.C., in turn, is also owned by a single member, Boyd Gaming Corporation, a Nevada Corporation with its principal place of business in Nevada. As such, defendant, Red River is a citizen of the State of Nevada.

3.

There is complete diversity of citizenship between plaintiffs, citizens of Texas, and defendant, a citizen of Nevada.

4.

In paragraph 7 of the Petition, Mrs. Kubacak alleged that she suffered serious personal injuries. In paragraph 12 of the Petition, she alleged that her damages include, but are not limited to, pain and suffering, mental pain and anguish, medical expenses, lost wages / loss of future earning capacity, loss of enjoyment of life, scarring and disfigurement, and functional impairment / disability. In paragraph 13 of the Petition, Mr. Kubacak alleged a loss of consortium due to the injuries sustained by his wife. Plaintiffs included a general allegation in

---

[1] See Citation and Petition for Damages attached hereto as Exhibit A.

paragraph 14 of the Petition that their claims exceeded the requisite amount required to establish that the federal courts have diversity jurisdiction due to sufficiency of damages under 28 U.S.C. §1332, as required by La. Code Civ. Proc. art. 893.

5.

Based on plaintiffs' allegations in the Petition for Damages, the amount in controversy of exceeds the sum of $75,000, exclusive of interest and costs.

6.

Pursuant to the provisions of 28 U.S.C. §§1441 and 1446, this action is one that may be removed to the United States District Court for the Western District of Louisiana.

7.

Plaintiff's state court action was filed on 19 July 2022. Defendant, Red River, was served on 1 August 2022. Accordingly, this removal is timely under 28 U.S.C. §1446(b).

8.

Written notice of filing of this Notice of Removal is being delivered to plaintiffs through their counsel of record, and a copy of this Notice of Removal will be filed with the clerk of the First Judicial District Court for the Parish of Caddo.

**WHEREFORE**, Defendant, Red River Entertainment of Shreveport, L.L.C., notices removal of the above-described state court action to this Honorable Court.

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS

*/s/ John H. Musser, V*
John H. Musser, V (#22545)
jmusser@mrsnola.com
Tarryn E. Walsh (#36072)
twalsh@mrsnola.com
Brittney I. Esie (#39174)
besie@mrsnola.com
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139
Telephone:   (504) 523-0400
Facsimile:   (504) 523-5574
*Attorneys for Defendant, Red River Entertainment of Shreveport, L.L.C., d/b/a Sam's Town Hotel and Casino, Shreveport*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 31 August 2022, a copy of the foregoing pleading was sent to all counsel of record, either by operation of the Court's CM/ECF system, by hand, by e-mail, by telefax or by placing same in the United States mail, properly addressed, and first-class postage prepaid.

*/s/ John H. Musser, V*

4890-8952-4016, v. 2